1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, CA 94102
        Telephone: 415.436.6857
7       Facsimile:  415.436.7234
        Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,              )    No. 04-CR-40127 DLJ
                                            )
15 |            Plaintiff,                  )
                                            )    STIPULATION AND ORDER
16 |       v.                               )    RE: SCHEDULING
                                            )
17 | THOMAS GROSSI, SR.,                    )
                                            )
18 |            Defendant.                  )
   |_____)
19                                          )
   | UNITED STATES OF AMERICA,              )    No. 04-CV-03055 DLJ
20 |                                        )
   |            Plaintiff,                  )
21 |                                        )    STIPULATION AND ORDER
   |       v.                               )    RE: SCHEDULING
22 |                                        )
   | $608,916.58 IN U.S. CURRENCY, AS       )
23 | SUBSTITUTE *RES*, FOR REAL PROPERTY    )
   | LOCATED AT 2638 MARKET STREET,         )
24 | OAKLAND, CALIFORNIA,                   )
                                            )
25 |            Defendant.                  )
                                            )
26 |_____)

27

28

1  The parties agree to the rescheduling of plaintiff's motion to dismiss the attorney fees motion
2  and the pending motion for attorneys fees.  The reason for rescheduling is that counsel for claimant
3  Grossi and petitioner Weimer have a scheduling problem involving depositions in a different judicial
4  district.  The parties agree, subject to the Court's approval, to the following schedule:
5      1.  On or before October 25, 2012, the United States shall file its motion to dismiss the
6  attorneys' fee motion for lack of jurisdiction;
7      2.  On or before November 8, 2012, counsel for claimant will file its opposition to the
8  motion of the United States;
9      3.  On or before November 15, 2012, the United States will file its reply;
10     4.  On November 29, 2012 at 9:00 a.m. in San Jose Courtroom 7, 4th Floor at 280 South
11 First Street, San Jose, CA, the Court will hold a hearing on the fee motion.
12     5.  If the Court rules against the United States on the jurisdictional issue, the parties shall
13 hold an in person meet-and-confer within 20 days of that ruling to determine whether they can
14 informally resolve the fee motion.  If the fee motion cannot be resolved, then counsel for the United
15 States will notice a motion for discovery on a 5-week schedule for determination before the Court
16 considers the fee motion.  Civ. L. R. 7-2; Fed. R. Crim. P. 32.2(c)(1).
17     * * * * *

18 IT IS SO STIPULATED:  
    MELINDA HAAG  
    United States Attorney  
19 Dated: October 10, 2012  
    /s/  
    PATRICIA J. KENNEY  
20     Assistant United States Attorney  
    Attorneys for the United States of America  

    LAW OFFICES OF DAVID M. MICHAEL  
22 Dated: October 10, 2012  
    /s/  
    DAVID MICHAEL  
23     EDWARD M. BURCH  
    LAW OFFICES OF DAVID M. MICHAEL  
24     Counsel for Defendant Thomas Grossi, Sr.,  
    and Claimant/Petitioner Lauretta Weimer  

25 IT IS SO ORDERED:  
26  
27     HONORABLE D. LOWELL JENSEN  
    United States District Judge  

28

Stip & Order Re: Sched. of US Mot. to Dism.  
CR 04-40127 DLJ  
CV 04-3055 DLJ    2